Stephen R. Buckingham (SRB-6067)
**LOWENSTEIN SANDLER PC**
Attorneys At Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
Attorneys for Plaintiff Bon Chef, Inc.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BON CHEF, INC.,<br><br>Plaintiff,<br><br>-v.-<br><br>THE VOLLRATH COMPANY LLC,<br><br>Defendant. | Civil Action No. 05-CV-1557 (WJM)<br><br>**NOTICE OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Bon Chef, Inc., through its undersigned counsel, hereby dismisses the above-captioned action.

**LOWENSTEIN SANDLER, P.C.**

_/s Stephen R. Buckingham___________
Stephen R. Buckingham (SRB-6067)
**LOWENSTEIN SANDLER, PC**
65 Livingston Avenue
Roseland, NJ 07068-1791
Telephone: (973) 597-2500
Attorneys for Plaintiff Bon Chef, Inc.

Date: September 13, 2005

10016/25
09/13/05 1686667.03